1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## SOUTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  GREENZAP, INC., a Nevada corporation, | CASE NO. 06cv2702-LAB (CAB) |
| 14 | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| Plaintiff, | |
| 15  vs. | [Dkt No. 7, 9] |
| 16  GREENZAPSCAM.COM, a business entity; VODIEN INTERNET SOLUTIONS, a business entity; HOSTMASTER VODIEN INTERNET SOLUTIONS, a business entity; LIQUID WEB, a business entity; and DOES 1-30, inclusive, | |
| Defendants. | |

22        In consideration of the parties' Joint Motion To Dismiss, **IT IS HEREBY ORDERED**

23 this action is dismissed in its entirety, with prejudice, and the Clerk of Court shall terminate

24 the matter. **IT IS FURTHER ORDERED** defendant Liquid Web's pending Motion To Dismiss

25 is **DENIED AS MOOT**.

26        **IT IS SO ORDERED**.

27 DATED:  March 19, 2007

28

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

06cv2702